# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Lorenzo Davis,

Plaintiff(s),

v.

The CITY OF CHICAGO, SCOTT ANDO, And STEVEN MITCHELL,

Defendant(s).

Case No. 15 C 7771
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants City of Chicago, Scott Ando and Steven Mitchell and against plaintiff Lorenzo Davis dismissing Counts I and II of plaintiff's Complaint [1] with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing Counts III and IV of plaintiff's Complaint [1] without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 2/10/2016                                    Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk