# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

May 8, 2018

| Before: | MICHAEL S. KANNE, Circuit Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 16-1430 | LORENZO DAVIS,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-07771<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment(form ID: **132**)